Monte J. White and Associates  
Monte J. White  
1106 Brook Ave, Hamilton Place  
Wichita Falls, TX 76301  
(940)723-0099  
(940)723-0096 Fax  

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE NORTHERN DISTRICT OF TEXAS  
WICHITA FALLS DIVISION  

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| John Evan Poore | § | CASE NO. 14-70122-hdh-13 |
| | § | |
| | § | Hearing on 05/21/2014 |
| | § | 1:30 PM |

NOTICE OF TELEPHONIC HEARING ON  
DEBTOR(S) MOTION TO EXTEND AUTOMATIC STAY  

COME NOW John Evan Poore, Debtor, and files this Notice of Hearing. Attorney for Debtor hereby notifies that hearing on Debtor's Motion to Extend Automatic Stay is set before the Honorable Judge Harlin D. Hale, at 1:30 o'clock PM, 05/21/2014, in the United States Bankruptcy Court. Judge Hale's Courtroom, Dallas, TX 75242

Respectfully submitted,  
/s/Monte J. White  
Attorney for Debtor  

CERTIFICATE OF SERVICE  

The undersigned hereby certified that on May 19, 2014, a true and correct copy of the foregoing was served on all parties in interest on the mailing matrix by ECF and/or regular mail:

/s/Monte J. White,  
Attorney for Debtor

Debtor(s): John Evan Poore
Case No:
Chapter: 13

NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

Archer County
Linebarger Goggan Blair& Sampso
2323 Bryan Street, Ste 1600
Dallas, TX 75201

Citifinancial Retail S
PO Box 140489
Irving, tx 75014

Sun Loan Company
3146 5th St Ste H
Wichita Falls, TX 76301

Bank of America
Attn: Bankruptcy Dept NC4-105-0
PO Box 26012
Greensboro, NC 27420

Fedex Employees Credit
2124 Democrat Rd
Memphis, TN 38132

Texoma Community Cr Un
Po Box 1320
Wichita Falls, TX 76307

Bay Area Credit Service
1901 W. 10th St.
Antioch, CA 94509

Fingerhut
11 McLeland Rd
Saint Cloud, MN 56395-0001

Thd/cbsd
Po Box 6497
Sioux Falls, SD 57117

Beneficial/hfc
Po Box 1547
Chesapeake, VA 23327

Four Stars Backlot
PO Box 210
Henrietta, TX 76365

Vicki Poore
5201 Towers Dr Apt 15B
Wichita Falls, TX 76310

Cap One
Po Box 85520
Richmond, VA 23285

Gemb/discount Tires
Po Box 981439
El Paso, TX 79998

Wells Fargo
Attn: Collection Servicing, 1st
1 Home Campus
Des Moines, IA 50328

Chase
Attn: Bankruptcy Dept
PO Box 100018
Kennesaw, GA 30156

GTE
PO Box 920041
Dallas, TX 75392-0041

Chase Manhattan Mtg
Attention: Bankruptcy
8333 Ridgepoint Dr
Irving, TX 75063

IRS Special Procedures
1100 Commerce St.
Mail Stop 5026 DAL
Dallas, TX 75242

Citi
Po Box 6241
Sioux Falls, SD 57117

IRS Special Procedures
1100 Commerce St., Room 951
Mail Stop 5029 DAL
Dallas, TX 75246

Citibank Usa
Attn.: Centralized Bankruptcy
PO Box 20507
Kansas City, MO 64195

Monte J. White & Associates
1106 Brook Ave
Wichita Falls TX 76301

Citifinancial
Po Box 499
Hanover, MD 21076

Santander Consumer Usa
Po Box 961245
Ft Worth, TX 76161